UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26mj20 (DTS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **GOVERNMENT'S MOTION** |
| v. | ) | **TO DISMISS** |
| | ) | |
| Francisco Javier Montoya-Barboza, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Flavio Abreu, Special Assistant United States Attorney, hereby requests that the Court dismiss this case without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: February 20, 2026                Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Flavio Abreu*

BY:   FLAVIO ABREU
Special Assistant United States Attorney